UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| v. | : Crim. No. 11-0622 (CCC) |
| DAVID JONES, <br> a/k/a "David Davis," <br> a/k/a "Nut, <br> JERMAINE MAY, <br> a/k/a "Jungle," and <br> ALHAKIM YOUNG, <br> a/k/a "Jigga," <br> a/k/a "Jig" | : <br> : <br> : <br> : CONTINUANCE ORDER <br> : |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir Grewal, Assistant U.S. Attorney and Dara Aquila Govan, Assistant U.S. Attorney, appearing), defendant David Jones (Howard Brownstein, Esq., appearing), defendant Jermaine May (Lisa Mack, Assistant Federal Public Defender, appearing), and defendant Alhakim Young (John McGovern, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from today up to and including April 30, 2012, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code,

Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize plea agreement, which would render trial of this matter unnecessary;

2. The defendants have consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 31st day of October 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period from today up to and including April 30, 2011; and it is further

ORDERED that the period from and including October 31, 2011, through and including April 30, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: <u>March 23, 2012</u>

Opposition: <u>April 6, 2012</u>

Motions hearing: <u>April 16, 2012</u>

Trial: <u>April 30, 2012</u>

---

HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Assistant U.S. Attorney

_____
Howard Brownstein, Esq.
Counsel for David Jones

_____
Lisa Mack
Assistant Federal Public Defender
Counsel for Jermaine May

_____
John McGovern, Esq.
Counsel for Alhakim Young

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: <u>March 23, 2012</u>

Opposition: <u>April 6, 2012</u>

Motions hearing: <u>April 16, 2012</u>

Trial: <u>April 30, 2012</u>

---

HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

---

Dara Aquila Govan
Assistant U.S. Attorney

---

Howard Brownstein, Esq.
Counsel for David Jones

---

Lisa Mack
Assistant Federal Public Defender
Counsel for Jermaine May

---

John McGovern, Esq.
Counsel for Alhakim Young

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: <u>March 23, 2012</u>

Opposition: <u>April 6, 2012</u>

Motions hearing: <u>April 16, 2012</u>

Trial: <u>April 30, 2012</u>

11/2/11

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Assistant U.S. Attorney


_____
Howard Brownstein, Esq.
Counsel for David Jones


_____
Lisa Mack
Assistant Federal Public Defender
Counsel for Jermaine May

_____
John McGovern, Esq.
Counsel for Alhakim Young